**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2139**

In re:  C.R. BARD, INCORPORATED, Pelvic Repair System Products Liability Litigation.

------------------------------

LANA C. KEETON,

　　　　　Party-in-Interest - Appellant,

　　　v.

C. R. BARD, INC.; C. R. BARD,

　　　　　Defendants - Appellees.

**No. 20-2149**

In re:  AMERICAN MEDICAL SYSTEMS, INCORPORATED, Pelvic Repair System Products Liability Litigation.

------------------------------

LANA C. KEETON,

　　　　　Party-in-Interest - Appellant,

　　　v.

AMERICAN MEDICAL SYSTEMS, INCORPORATED; AMERICAN MEDICAL SYSTEMS,

Defendants - Appellees.

---

**No. 20-2155**

---

In re:  BOSTON SCIENTIFIC CORPORATION, Pelvic Repair System Products Liability Litigation.

------------------------------

LANA C. KEETON,

Party-in-Interest - Appellant,

v.

BOSTON SCIENTIFIC CORPORATION; BOSTON SCIENTIFIC, INC.; BOSTON SCIENTIFIC MIAMI CORPORATION; BOSTON SCIENTIFIC SALES, INC.; BOSTON SCIENTIFIC CORP,

Defendants - Appellees.

---

**No. 20-2158**

---

In re:  ETHICON, INCORPORATED, Pelvic Repair System Products Liability Litigation.

------------------------------

LANA C. KEETON,

Party-in-Interest - Appellant,

v.

ETHICON, INC.; JOHNSON & JOHNSON,

Defendants - Appellees.

2

**No. 20-2161**

In re: COLOPLAST CORP., Pelvic Repair System Products Liability Litigation.

------------------------------

LANA C. KEETON,

                Party-in-Interest - Appellant,

     v.

COLOPLAST CORP.; COLOPLAST CORPORATION; COLOPLAST,

                Defendants - Appellees.

**No. 20-2164**

In re: COOK MEDICAL INC., Pelvic Repair System Products Liability Litigation.

------------------------------

LANA C. KEETON,

                Party-in-Interest - Appellant,

     v.

COOK MEDICAL, INC.; COOK MEDICAL INCORPORATED,

                Defendants - Appellees.

**No. 20-2170**

In re: NEOMEDIC PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION.

------------------------------

LANA C. KEETON,

                Party-in-Interest - Appellant,

    v.

NEOMEDIC, INC.; NEOMEDIC INTERNATIONAL SL; NEOMEDIC INTERNATIONAL,

                Defendants - Appellees.

---

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:10-md-02187; 2:12-md-02325; 2:12-md-02326; 2:12-md-02327; 2:12-md-02387; 2:13-md-02440; 2:14-md-02511)

---

Submitted: April 22, 2021                 Decided: April 26, 2021

---

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and TRAXLER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Lana C. Keeton, Appellant Pro Se. Susanna Moore Moldoveanu, BUTLER SNOW LLP, Memphis, Tennessee, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Lana C. Keeton seeks to appeal the district court's order denying Keeton's Fed. R. Civ. P. 60(b)(3) motion, which she filed in the underlying multidistrict litigation. We dismiss the appeals for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order denying the Rule 60(b)(3) motion on September 17, 2020. Keeton filed her notice of appeal on October 20, 2020. Because Keeton failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeals. We grant Keeton's "Motion to Take Judicial Notice," in part, to the extent Keeton asks the court to consider the filing.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*